UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Darren Williams,

                     Petitioner,                             **ORDER**

        -against-                                20 Civ. 2167 (PMH) (AEK)

Brian D. Smith,

                     Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court is in receipt of a letter from Respondent, dated June 14, 2022, seeking dismissal of this habeas proceeding for lack of subject-matter jurisdiction on the ground that full expiration of Petitioner's sentence renders his habeas claims moot.  *See* ECF No. 29.  Petitioner is hereby ordered to serve and file his response to Respondent's letter **by no later than July 13, 2022**.

      The Clerk of Court is respectfully directed to mail a copy of this order and Respondent's filing at ECF No. 29 to the *pro se* Petitioner.

Dated:  June 15, 2022
          White Plains, New York

                                                  **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge