**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DARREN WILLIAMS,

                        Petitioner,                  20 **CIVIL** 2167 (PMH)

       -against-                                       **JUDGMENT**

BRIAN D. SMITH,

                        Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 20, 2023, Petitioner's objections to the Report are overruled. The Court adopts the Report in full. The Petition is, accordingly, DENIED. Petitioner's motion to convert is DENIED. Because the Petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

**DATED:**  New York, New York
              October 20, 2023

                                                         **RUBY J. KRAJICK**

                                                              Clerk of Court
                           **BY:**

                                                              **Deputy Clerk**